# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Erik Strong,

    Plaintiff,

v.

Koloa Rum Company,

    Defendant.

Case No. 2:25-cv-00829-CDS-DJA

**Order**

On October 8, 2025, the Court set an Early Neutral Evaluation ("ENE") in this case for January 6, 2026. Docket No. 10. On December 30, 2025, the parties filed a notice of settlement. Docket No. 12.

Accordingly, the Court hereby **VACATES** the ENE. The parties must file a stipulation of dismissal no later than February 27, 2026.

IT IS SO ORDERED.

Dated: December 31, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge