# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Erik Strong,<br><br>    Plaintiff<br><br>v.<br><br>Koloa Rum Company,<br><br>    Defendant | Case No. 2:25-cv-00829-CDS-DJA<br><br>**Order Directing Parties to**<br>**File a Stipulation of Dismissal or**<br>**Joint Status Report** |

Defendant Koloa Rum Company notified the court that it had reached a settlement of plaintiff Erik Strong's claims and requested sixty days to file a stipulation of dismissal. ECF No. 12. In turn, U.S. Magistrate Judge Nancy J. Koppe vacated the Early Neutral Evaluation and ordered the parties to file a stipulated dismissal no later than February 27, 2026. ECF No. 13. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that either a stipulation of dismissal or a joint status report addressing settlement must be filed by March 20, 2026.

Dated: March 12, 2026

_____
Cristina D. Silva
United States District Judge