**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Erik Strong,

              Plaintiff

v.

Koala Rum Company,

              Defendant

Case No. 2:25-cv-00829-CDS-DJA

**Order Discharging Show Cause and Setting Settlement Deadline**

Counsel was previously ordered to file either a stipulation of dismissal or a joint status report but failed to do so. ECF Nos. 13, 14. As a result of this noncompliance, I issued an order to show cause directing Kristina S. Holman, Jeffrey D. Winchester, and Inku Nam to explain why they violated the court's orders and why sanctions should not be imposed. ECF No. 15. In response, counsel filed a joint status report explaining that their noncompliance was due to an oversight. ECF No. 16. The response, while not extensive, is sufficient to satisfy the order. The show-cause is therefore discharged.

Additionally, it is hereby ordered that the parties must file either a stipulation of dismissal or a joint status report by July 6, 2026. Failure to comply by that date will result in the imposition of sanctions.

Dated:  April 13, 2026

_____
Cristina D. Silva
United States District Judge