**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*In re*: Kristina Sue Holman,
Attorney at Law, Nevada Bar No. 3742

Case No. 2:26-ms-00035-APG

**ORDER OF SUSPENSION**

Attorney Kristina Sue Holman, Nevada Bar No. 3742, was suspended by the Supreme Court of Nevada on August 7, 2026. On August 21, 2026, I ordered Kristina Sue Holman to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1. The OSC provided Kristina Sue Holman with 30 days to respond with reasons why she should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Kristina Sue Holman, Nevada Bar No. 3742, is suspended from practice in United States District Court for the District of Nevada.

I FURTHER ORDER that this order be filed in the docket of the following cases: 2:20-cv-479-CDS-MDC, 2:25-cv-829-CDS-DJA, and 3:26-cv-45-ART-CSD.

DATED this 28th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 29th day of September, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Kristina Sue Holman
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123

Certified Mail No.: 9589 0710 5270 1165 2467 12

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada